Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hansen Mechanical Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-4314061** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**420 W. Stone Ave. E1**<br>**Villa Park, IL**<br>ZIP Code **60181** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

#### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

#### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Official Form 1 (4/07)**                                                                                                   **FORM B1**, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hansen Mechanical Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                _____<br>
                (Name of landlord that obtained judgment)

                _____<br>
                (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                                                                              FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hansen Mechanical Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ Michael J. Davis**
Signature of Attorney for Debtor(s)

**Michael J. Davis 6197896**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**April 23, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph Hansen**
Signature of Authorized Individual

**Joseph Hansen**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 23, 2007**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Hansen Mechanical Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Express<br>c/o GC Services Limited Partnership<br>PO Box 39050 (052)<br>Phoenix, AZ 85069** | **American Express<br>c/o GC Services Limited Partnership<br>PO Box 39050 (052)<br>Phoenix, AZ 85069** | | **Disputed** | **15,883.56** |
| **Columbia Pipe & Supply Co.<br>23671 Network Place<br>Chicago, IL 60673-1236** | **Columbia Pipe & Supply Co.<br>23671 Network Place<br>Chicago, IL 60673-1236** | | **Disputed** | **5,480.67** |
| **Contractors Admustment Company<br>570 Lake Cook Road, Suite 305<br>Deerfield, IL 60015** | **Contractors Admustment Company<br>570 Lake Cook Road, Suite 305<br>Deerfield, IL 60015** | | | **1,630.00** |
| **DEM Services<br>2602 Van Buren St., Suite B<br>Bellwood, IL 60104** | **DEM Services<br>2602 Van Buren St., Suite B<br>Bellwood, IL 60104** | | | **5,635.00** |
| **Ferguson Enterprises Inc.<br>c/o Lisa Viero<br>29 N. Wacker Drive, 5th Floor<br>Chicago, IL 60606-2854** | **Ferguson Enterprises Inc.<br>c/o Lisa Viero<br>29 N. Wacker Drive, 5th Floor<br>Chicago, IL 60606-2854** | | | **8,942.62** |
| **Fisher & Partners Structural Eng.<br>372 W. Ontario<br>Chicago, IL 60610** | **Fisher & Partners Structural Eng.<br>372 W. Ontario<br>Chicago, IL 60610** | | | **2,400.00** |
| **Ford Motor Credit<br>PO Box 537901<br>Livonia, MI 48153-7901** | **Ford Motor Credit<br>PO Box 537901<br>Livonia, MI 48153-7901** | **2004 Ford E350 Truck<br>2006 Lincoln Navigator Pickup** | | **55,000.00<br><br>(42,000.00 secured)** |
| **GW Berkheimer<br>c/o Richard Atlas<br>950 Milwaukee Ave., Suite 224<br>Glenview, IL 60025** | **GW Berkheimer<br>c/o Richard Atlas<br>950 Milwaukee Ave., Suite 224<br>Glenview, IL 60025** | | | **3,446.82** |
| **Illinois Department of Labor<br>2309 W. main St., Suite 108<br>Marion, IL 62959** | **Illinois Department of Labor<br>2309 W. main St., Suite 108<br>Marion, IL 62959** | **Wages for period** | **Contingent<br>Unliquidated<br>Disputed** | **4,950.00** |

In re    **Hansen Mechanical Inc.**           Case No. _____

                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S. Dearborn Street**<br>**Chicago, IL 60604** | **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S. Dearborn Street**<br>**Chicago, IL 60604** | **Taxes owed** | **Unliquidated** | **30,000.00** |
| **Packey Webb Ford**<br>**1830 East Roosevelt Road**<br>**Wheaton, IL 60187** | **Packey Webb Ford**<br>**1830 East Roosevelt Road**<br>**Wheaton, IL 60187** | | **Disputed** | **2,158.59** |
| **Porter Pipe & Supply**<br>**35049 Eagle Way**<br>**Chicago, IL 60678-1350** | **Porter Pipe & Supply**<br>**35049 Eagle Way**<br>**Chicago, IL 60678-1350** | | **Disputed** | **8,129.20** |
| **Prate Installations**<br>**1120 N. Rand Road**<br>**Wauconda, IL 60084** | **Prate Installations**<br>**1120 N. Rand Road**<br>**Wauconda, IL 60084** | | **Disputed** | **2,445.00** |
| **Robert and Elizabeth Taska**<br>**235 Maple Avenue**<br>**Elmhurst, IL 60126** | **Robert and Elizabeth Taska**<br>**235 Maple Avenue**<br>**Elmhurst, IL 60126** | **Work performed** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **25,000.00** |
| **Sid Harvey Industries Inc.**<br>**c/o Transworld Systems**<br>**2235 Mercury Way, Suite 275**<br>**Santa Rosa, CA 95407** | **Sid Harvey Industries Inc.**<br>**c/o Transworld Systems**<br>**2235 Mercury Way, Suite 275**<br>**Santa Rosa, CA 95407** | | **Disputed** | **3,294.82** |
| **Temperature Equipment Corp.**<br>**17725 Volbrecht Rd.**<br>**Lansing, IL 60438** | **Temperature Equipment Corp.**<br>**17725 Volbrecht Rd.**<br>**Lansing, IL 60438** | | | **17,874.84** |
| **The Home Depot**<br>**PO Box 6029**<br>**The Lakes, NV 88901-6029** | **The Home Depot**<br>**PO Box 6029**<br>**The Lakes, NV 88901-6029** | | | **5,938.04** |
| **Universal Heating Supplies**<br>**325 W. Laura Drive**<br>**Addison, IL 60101-5015** | **Universal Heating Supplies**<br>**325 W. Laura Drive**<br>**Addison, IL 60101-5015** | | | **1,272.24** |
| **Wolverine Brass Inc.**<br>**2951 Hwy 501 East**<br>**Conway, SC 29526** | **Wolverine Brass Inc.**<br>**2951 Hwy 501 East**<br>**Conway, SC 29526** | | | **2,712.50** |
| **Wright Express**<br>**PO Box 639**<br>**Portland, ME 04104** | **Wright Express**<br>**PO Box 639**<br>**Portland, ME 04104** | | | **2,598.88** |

In re  __Hansen Mechanical Inc.__ _____   Case No. _____
                                         Debtor(s)

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  __April 23, 2007_____         Signature  __/s/ Joseph Hansen_____
                                                      **Joseph Hansen**
                                                      **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

Official Form 6D (10/06)

In re    **Hansen Mechanical Inc.**                                      ,        Case No. _____
                                        Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. <br><br>**Ford Motor Credit**<br>**PO Box 537901**<br>**Livonia, MI 48153-7901** | | - | | **2004 Ford E350 Truck**<br>**2006 Lincoln Navigator Pickup**<br><br><br>Value $    42,000.00 | | | | 55,000.00 | 13,000.00 |
| Account No. <br><br><br><br><br> | | | | <br><br><br><br>Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | | <br><br><br><br>Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | | <br><br><br><br>Value $ | | | | | |

|  |  |  |  |
|---|---|---|---|
| __0__   continuation sheets attached | Subtotal<br>(Total of this page) | 55,000.00 | 13,000.00 |
| | Total<br>(Report on Summary of Schedules) | 55,000.00 | 13,000.00 |

Official Form 6E (4/07)

In re    **Hansen Mechanical Inc.**                                                                                              Case No. _____
                                                                                          ,
                                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re    **Hansen Mechanical Inc.** _____ ,    Case No. _____
                                                                Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **200-PW-RW07-0076** <br><br> **Illinois Department of Labor** <br> **2309 W. main St., Suite 108** <br> **Marion, IL 62959** | - | | **November, 2006** <br><br> **Wages for period** | X | X | X | 4,950.00 | 0.00 <br><br> 4,950.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 4,950.00 | 4,950.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re   **Hansen Mechanical Inc.**                                                    ,       Case No. _____
                                                  Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>**Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S. Dearborn Street**<br>**Chicago, IL 60604** | - | | **2006**<br><br>**Taxes owed** | | X | | | **0.00** |
| | | | | | | | **30,000.00** | **30,000.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **0.00** | |
|---|---|---|---|
| | (Total of this page) | **30,000.00** | **30,000.00** |
| | Total | **0.00** | |
| | (Report on Summary of Schedules) | **34,950.00** | **34,950.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6F (10/06)

In re   **Hansen Mechanical Inc.**                                              ,   Case No. _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3727-132197-05009** <br><br> **American Express** <br> **c/o GC Services Limited Partnership** <br> **PO Box 39050 (052)** <br> **Phoenix, AZ 85069** | - | | 01-25-2007 | | | X | **15,883.56** |
| Account No. **683989001** <br><br> **Aramark Uniform Services** <br> **4200 S. Halsted Street** <br> **Chicago, IL 60609-2635** | - | | 02-23-2007 | | | | **1,106.64** |
| Account No. **4791-2424-5765-6935** <br><br> **Capital One** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** | - | | 04-14-2007 | | | | **938.71** |
| Account No. <br><br> **Cherryone** <br> **820 N. Orleans** <br> **Chicago, IL 60610** | - | | 5-19-2006 | | | | **1,000.00** |

_**6**___ continuation sheets attached

Subtotal
(Total of this page)                                        **18,928.91**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
S/N:33434-070329    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Hansen Mechanical Inc.**                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **232346** <br><br> **Columbia Pipe & Supply Co.** <br> **23671 Network Place** <br> **Chicago, IL 60673-1236** | - | | 2-28-2007 | | | X | 5,480.67 |
| Account No. <br><br> **Contractors Admustment Company** <br> **570 Lake Cook Road, Suite 305** <br> **Deerfield, IL 60015** | - | | 2-3-2007 | | | | 1,630.00 |
| Account No. **05-152 Seeley** <br><br> **DEM Services** <br> **2602 Van Buren St., Suite B** <br> **Bellwood, IL 60104** | - | | 9-29-2005 | | | | 5,635.00 |
| Account No. **71806 (invoice)** <br><br> **EcoPure Technology Systems** <br> **808 Parkside Dr.** <br> **Wheaton, IL 60187** | - | | 07-18-2006 | | | | 558.00 |
| Account No. **06-04226-0 LES** <br><br> **Ferguson Enterprises Inc.** <br> **c/o Lisa Viero** <br> **29 N. Wacker Drive, 5th Floor** <br> **Chicago, IL 60606-2854** | - | | | | | | 8,942.62 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,246.29

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **Hansen Mechanical Inc.**                                    ,   Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **06093-RETAI**<br><br>**Fisher & Partners Structural Eng.**<br>**372 W. Ontario**<br>**Chicago, IL 60610** | - | | | **7-13-2006** | | | | **2,400.00** |
| Account No. **2603313.00**<br><br>**GW Berkheimer**<br>**c/o Richard Atlas**<br>**950 Milwaukee Ave., Suite 224**<br>**Glenview, IL 60025** | - | | | | | | | **3,446.82** |
| Account No. **0119561835**<br><br>**Ice Mountain**<br>**P.O. Box 856680**<br>**Louisville, KY 40285-6680** | - | | | **2-11-2007** | | | | **275.61** |
| Account No.<br><br>**John Houlihan**<br>**534 W. Roosevelt Rd.**<br>**Wheaton, IL 60187** | - | | | **2006**<br>**Attorneys** | X | X | | **Unknown** |
| Account No. **32020**<br><br>**Liberty Suburban Chicago Newspapers**<br>**1101 W. 31st St., Suite 100**<br>**Downers Grove, IL 60515-5581** | - | | | **06-05-2006** | | | | **442.00** |

Sheet no. __**2**__ of __**6**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,564.43**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Hansen Mechanical Inc.**                                                        ,    Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1499**<br><br>**Money Mailer**<br>**1076 Spring Valley Drive**<br>**Carol Stream, IL 60188** | | - | 05-18-2005 | | | | 200.00 |
| Account No. **00001375**<br><br>**Packey Webb Ford**<br>**1830 East Roosevelt Road**<br>**Wheaton, IL 60187** | | - | 07-25-2006 | | | X | 2,158.59 |
| Account No. **187686**<br><br>**Pioneer Press**<br>**8701 West Lake Ave.**<br>**Glenview, IL 60026** | | - | 10-21-2006 | | | X | 1,216.00 |
| Account No. **8000-9000-1024-7769**<br><br>**Pitney Bowes Purchase Power**<br>**PO Box 856042**<br>**Louisville, KY 40285-6042** | | - | 4-10-2007 | | | X | 632.67 |
| Account No. **19893357863**<br><br>**Pitney Bowes, Inc.**<br>**2225 American Way**<br>**Neenah, WI 54956-1005** | | - | 03-16-2007 | | | X | 182.22 |

Sheet no. __**3**___ of __**6**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                4,389.48

Official Form 6F (10/06) - Cont.

In re   **Hansen Mechanical Inc.**                                ,     Case No. _____

                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2665** <br><br> **Porter Pipe & Supply** <br> **35049 Eagle Way** <br> **Chicago, IL 60678-1350** | - | | 04-02-2007 | | | X | 8,129.20 |
| Account No. **931250** <br><br> **Prate Installations** <br> **1120 N. Rand Road** <br> **Wauconda, IL 60084** | - | | 11-06-2006 | | | X | 2,445.00 |
| Account No. <br><br> **Robert and Elizabeth Taska** <br> **235 Maple Avenue** <br> **Elmhurst, IL 60126** | - | | 2005 <br> Work performed | X | X | X | 25,000.00 |
| Account No. **92643-0000028903** <br><br> **Sid Harvey Industries Inc.** <br> **c/o Transworld Systems** <br> **2235 Mercury Way, Suite 275** <br> **Santa Rosa, CA 95407** | - | | 03-19-2007 | | | X | 3,294.82 |
| Account No. **2091824-IN** <br><br> **Stevenson Crane Service, Inc.** <br> **410 Stevenson Drive** <br> **Bolingbrook, IL 60440** | - | | 1-31-2007 | | | | 535.00 |

| | | |
|---|---|---|
| Sheet no. **4** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 39,404.02 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Hansen Mechanical Inc.** _____,   Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Multiple Invoices** | | - | | 02-01-2007 | | | | |
| SuccessWare, Inc. 9276 Main St.- Bldg 2 Clarence, NY 14031 | | | | | | | | 975.00 |
| Account No. **HANSEN02** | | - | | 12-07-2006 | | | | |
| Synergy Global Solutions, Inc. Dept. 873- PO Box 8000 Buffalo, NY 14267 | | | | | | | | 165.00 |
| Account No. | | - | | 10-22-2007 | | | | |
| Temperature Equipment Corp. 17725 Volbrecht Rd. Lansing, IL 60438 | | | | | | | | 17,874.84 |
| Account No. | | - | | 03-20-2007 | | | | |
| The Home Depot PO Box 6029 The Lakes, NV 88901-6029 | | | | | | | | 5,938.04 |
| Account No. **H820** | | - | | 03-30-2007 | | | | |
| Universal Heating Supplies 325 W. Laura Drive Addison, IL 60101-5015 | | | | | | | | 1,272.24 |

Sheet no. **5** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,225.12

Official Form 6F (10/06) - Cont.

In re    **Hansen Mechanical Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **12290**<br><br>**Wolverine Brass Inc.**<br>**2951 Hwy 501 East**<br>**Conway, SC 29526** | - | | | 10-24-2006 | | | | 2,712.50 |
| Account No. **0414-00-588134-7**<br><br>**Wright Express**<br>**PO Box 639**<br>**Portland, ME 04104** | - | | | 03-06-2007 | | | | 2,598.88 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal<br>(Total of this page) | **5,311.38** |
| | Total<br>(Report on Summary of Schedules) | **123,069.63** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

American Express
c/o GC Services Limited Partnership
PO Box 39050 (052)
Phoenix, AZ 85069

Aramark Uniform Services
4200 S. Halsted Street
Chicago, IL 60609-2635

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Cherryone
820 N. Orleans
Chicago, IL 60610

Columbia Pipe & Supply Co.
23671 Network Place
Chicago, IL 60673-1236

Contractors Admustment Company
570 Lake Cook Road, Suite 305
Deerfield, IL 60015

DEM Services
2602 Van Buren St., Suite B
Bellwood, IL 60104

EcoPure Technology Systems
808 Parkside Dr.
Wheaton, IL 60187

Ferguson Enterprises Inc.
c/o Lisa Viero
29 N. Wacker Drive, 5th Floor
Chicago, IL 60606-2854

Fisher & Partners Structural Eng.
372 W. Ontario
Chicago, IL 60610

Ford Motor Credit
PO Box 537901
Livonia, MI 48153-7901

GW Berkheimer
c/o Richard Atlas
950 Milwaukee Ave., Suite 224
Glenview, IL 60025


Ice Mountain
P.O. Box 856680
Louisville, KY 40285-6680


Illinois Department of Labor
2309 W. main St., Suite 108
Marion, IL 62959


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


John Houlihan
534 W. Roosevelt Rd.
Wheaton, IL 60187


Liberty Suburban Chicago Newspapers
1101 W. 31st St., Suite 100
Downers Grove, IL 60515-5581


Money Mailer
1076 Spring Valley Drive
Carol Stream, IL 60188


Packey Webb Ford
1830 East Roosevelt Road
Wheaton, IL 60187


Pioneer Press
8701 West Lake Ave.
Glenview, IL 60026


Pitney Bowes Purchase Power
PO Box 856042
Louisville, KY 40285-6042


Pitney Bowes, Inc.
2225 American Way
Neenah, WI 54956-1005

Porter Pipe & Supply
35049 Eagle Way
Chicago, IL 60678-1350


Prate Installations
1120 N. Rand Road
Wauconda, IL 60084


RDP Corp.
P.O. 5082
Wheaton, IL 60189


Robert and Elizabeth Taska
235 Maple Avenue
Elmhurst, IL 60126


Sid Harvey Industries Inc.
c/o Transworld Systems
2235 Mercury Way, Suite 275
Santa Rosa, CA 95407


Stevenson Crane Service, Inc.
410 Stevenson Drive
Bolingbrook, IL 60440


SuccessWare, Inc.
9276 Main St.- Bldg 2
Clarence, NY 14031


Synergy Global Solutions, Inc.
Dept. 873- PO Box 8000
Buffalo, NY 14267


Temperature Equipment Corp.
17725 Volbrecht Rd.
Lansing, IL 60438


The Home Depot
PO Box 6029
The Lakes, NV 88901-6029


Universal Heating Supplies
325 W. Laura Drive
Addison, IL 60101-5015

```
Wolverine Brass Inc.
2951 Hwy 501 East
Conway, SC 29526


Wright Express
PO Box 639
Portland, ME 04104
```